ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

LAW OFFICE OF JEFFREY KANE
JEFFREY KANE, State Bar No. 183974
20902 Brookhurst Street, Suite 210
Huntington Beach, California 92646
Tel: (714) 964-6900 ▪ Fax: (714) 964-6944
E-mail: lemnlaw@aol.com

Attorneys for Plaintiff Timothy Wilson

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILSON,<br><br>          Plaintiff,<br><br>v.<br><br>FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC, and WORKHORSE CUSTOM CHASSIS, LLC,<br><br>          Defendants. | Case No. SACV 08-1007 AG (RNBx)<br><br>HON. ANDREW GUILFORD<br>Courtroom 10D<br><br>**ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: September 10, 2008<br>Trial Date: September 15, 2009 |

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

DATED: August 14, 2009

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE